**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Kenneth Ray HUNTER, Defendant-Appellant.**

No. 17-7352

United States Court of Appeals,
Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Kenneth Ray Hunter, Appellant Pro Se. Stephen Donald Warner, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Elkins, West Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Hunter appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to vacate his underlying criminal judgment, which had already become final, based on alleged fraud on the court. We have reviewed the record and find no reversible error. *See United States v. Breit*, 754 F.2d 526, 530-31 (4th Cir. 1985) (there is no rule similar to Rule 60(b) for criminal judgments and district courts therefore may not vacate a judgment in a criminal case that has already become final). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*